# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SIMON HARRINGTON,**

      **Plaintiff,**

v.

**SYNCHRONY BANK, a federal savings bank, d/b/a SAM'S CLUB, CLIENT SERVICES INC., GLOBAL CREDIT & COLLECTION CORPORATION, IQOR GLOBAL SERVICES, LLC,**

      **Defendants.**
_____/

**CIVIL ACTION NO.:
8:17-CV-00149-RAL-TGW**

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Simon Harrington ("Plaintiff") and defendant Global Credit & Collection Corp. ("GCC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against GCC only in the above-styled action, with Plaintiff and GCC to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 26th day of September, 2017.

                  *s/ Brian L. Shrader (w/ permission)*
                  Brian L. Shrader (FL Bar No. 57251)
                  Gus M. Centrone (FL Bar No. 30151)
                  Pamela N. Westfall (FL Bar No. 106230)
                  CENTRONE & SHRADER, PLLC
                  612 W. Bay Street
                  Tampa, FL  33606
                  Phone:  813-360-1529
                  bshrader@centroneshrader.com
                  gcentrone@centroneshrader.com
                  pwestfall@centroneshrader.com

        Attorneys for Plaintiff
        SIMON HARRINGTON


*/s/ R. Frank Springfield*
R. Frank Springfield (FL Bar No. 10871)
Laura Westerman Tanner (FL Bar No. 85573)
BURR & FORMAN LLP
One Tampa City Center, Suite 3200
201 North Franklin Street
Tampa, FL  33602
Telephone: 813-221-2626
Facsimile: 813-221-7335
fspringf@burr.com
ltanner@burr.com

Attorneys for Defendant
GLOBAL CREDIT & COLLECTION CORPORATION

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian L. Shrader | Patrick Michael DeLong |
| Gus M. Centrone | Marshall, Dennehey, Warner, Coleman & Goggin |
| Pamela N. Westfall | 11th Floor |
| Centrone & Shrader, PLLC | 100 NE 3rd Ave |
| 612 W. Bay Street | Ft Lauderdale, FL 33301 |
| Tampa, FL  33606 | |

Peter Hernandez
Liebler, Gonzalez & Portuondo, PA
44 W Flagler St, Suite 2500
Miami, FL 33130-1808

                 *s/ R. Frank Springfield*
                 OF COUNSEL